9186. OCILLA SOUTHERN RAILROAD COMPANY *v.* TAYLOR.

BLOODWORTH, J. The court did not err in overruling the demurrer to the petition as amended.

*Judgment affirmed. Harwell, J., concurs; Broyles, P. J., dissents.*

DECIDED AUGUST 1, 1918.

Action for damages; from Ben Hill superior court—Judge Crum. August 18, 1917.

*Wall & Grantham, Quincey & Rice,* for plaintiff in error.
*Wallis & Fort, McDonald & Bennett,* contra.